IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA WEATHERSBY-BELL : | |
| Plaintiff, : | |
| v. : | CASE NO.: 1:20-cv-01649 CRC |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, : | |
| Defendant. : | |

**ANSWER OF DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

**FIRST DEFENSE**

The Complaint fails to state a cause of action against Defendant Washington Metropolitan Area Transit Authority (hereinafter, "WMATA") upon which relief may be granted

**SECOND DEFENSE**

WMATA generally denies the allegations in the Plaintiff's Complaint.

**THIRD DEFENSE**

If the Plaintiff was injured and damaged as alleged in the Complaint, such injuries and damages were caused by her sole or contributory negligence, and/or assumption of the risk.

**FOURTH DEFENSE**

All or some of Plaintiff's claims may be barred by WMATA's sovereign and/or governmental immunity under Section 80 of the WMATA Compact.

**FIFTH DEFENSE**

WMATA intends to rely on all defenses available from the evidence at the time of any trial and expressly reserves its right to assert such defenses as the facts become known.

**SIXTH DEFENSE**

WMATA is not subject to pre-judgment interest under applicable law and/or immunity.

**SEVENTH DEFENSE**

All or parts of Plaintiff's cause of action are barred by the applicable statute of limitations.

**EIGHTH DEFENSE**

Plaintiff has failed to mitigate her damages.

WHEREFORE, having fully answered the Complaint, WMATA requests this matter be dismissed and it be awarded the cost of responding to this suit.

**JURY DEMAND**

WMATA demands a trial by jury of the above-captioned case.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By Counsel:

__/s/ Neal M. Janey, Jr._____
Neal M. Janey, Jr.
*Bar No.: 995449*
Senior Counsel
Office of General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1067 telephone
(202) 962-2550 facsimile
E-mail:  nmjaney@wmata.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer of Defendant WMATA was forwarded to the following people via the Court's ECF system on this 28th day of August 2020:

David Errol Tompkins, Esquire
Lewis & Tompkins, P.C.
4720 Montgomery Lane # 330
Bethesda, Maryland 20814

*/s/   Neal M. Janey, Jr.*
Neal M. Janey, Jr.
